JAMES E. DALLNER, ESQ.
Nevada Bar No. 11945
PHILLIP S. LORENZO, ESQ.
Admitted Pro Hac Vice
MICHAEL J. ROCHE, ESQ.
Admitted Pro Hac Vice
LATHROP & GAGE LLP
950 17th Street, Ste. 2400
Denver, Colorado 80202
(720) 931-3200

SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
PALUMBO BERGSTROM LLP
700 South Third Street
Las Vegas, Nevada 89101
(877) 882-1979

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALCOHOL MONITORING SYSTEMS, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT HOLPER, a Nevada resident.<br><br>Defendant. | Case No. 2:13-cv-00399-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER** |

Plaintiff Alcohol Monitoring Systems, Inc. ("AMS"), by and through its undersigned counsel, submits the following Notice of Voluntary Dismissal with Prejudice pursuant to Fed.R.Civ.P. Rule 41 and LR 41-1:

1. On March 6, 2013, AMS filed the present action against Defendant Scott Holper. [Doc. #1]. After the Court entered a clerk's default pursuant to Fed.R.Civ.P. 55(a) and L.R. 77-1(b)(2) on October 21, 2013 [Doc. #29], the parties reached a settlement in this case.

1  2. On July 23, 2014, the Court entered its Notice Regarding Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1 [Doc. #30]. Because the parties have settled all claims and because Defendant did not respond to the Complaint, AMS files this notice of dismissal with prejudice pursuant to Fed.R.Civ.P. Rule 41 and LR 41-1.

WHEREFORE, AMS respectfully requests that the Court dismiss this matter with prejudice, with each party bearing their own fees and costs.

Respectfully submitted this 24th day of July, 2014.

By: /s/ *James E. Dallner*
JAMES E. DALLNER
Nevada Bar No. 11945
LATHROP & GAGE LLP
950 17th Street, Ste. 2400
Denver, Colorado 80202
Email: JDallner@lathropgage.com
Phone: (720) 931-3200
Fax:    (720) 931-3201

/s/ *Sean P. Connell*
SEAN P. CONNELL
Nevada Bar No. 7311
PALUMBO BERGSTROM LLP
700 South Third Street
Las Vegas, Nevada 89101
Email: SConnell@palumbolawyers.com
Phone: (877) 882-1979
Fax:    (949) 440-7240

ATTORNEYS FOR PLAINTIFF

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 07/25/2014**